IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WYNETTA AVERY, )<br>)<br>    Plaintiff, )<br>) | Case No.:   2018 cv 4820 |
| v. )<br>) | Judge Guzman |
| THE UNIVERSITY OF CHICAGO, and )<br>Illinois not for profit Corporation )<br>IVAN SAMSTEIN, individually )<br>    Defendants. ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendants, The University of Chicago and Ivan Samstein, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorney's fees awarded to any party.

Dated:  October 3, 2018.

Respectfully Submitted By:

/s/ Shanita Q. T. Straw                              /s/ Jeff Nowak
Attorney for Plaintiff                                  Attorney for Defendant
Shanita Q. T. Straw (IL ARDC # 6298398)   Jeff Nowak (IL ARDC # 6270364)
Golden Law                                             Franczek Radelet P.C.
6602 Roosevelt Rd.                                  300 S. Wacker Dr., Ste 3400
Oak Park, Illinois, 60304                          Chicago, IL 60606
Phone: (708) 613-4433                             Phone: (312) 786-6164
sstraw@goldenlawpc.com                        jsn@franczek.com